## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CRAIG CUNNINGHAM,<br><br>Plaintiff,<br><br>v.<br><br>ARAGON ADVERTISING, LLC, CLEARLINK INSURANCE AGENCY, LUKA ARUTYUNYAN, HUMANA INC., AETNA INC.,  John/Jane Does 1-5,<br><br>Defendants. | Civil Action No.<br>1:20-cv-01318-PKC-SMG<br><br>**RULE 41 NOTICE OF VOLUNTARY DISMISSAL** |

Please take notice that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff CRAIG CUNNINGHAM hereby dismisses with prejudice its claims against ARAGON ADVERTISING, LLC, CLEARLINK INSURANCE AGENCY, LUKA ARUTYUNYAN, HUMANA INC. and AETNA INC.

Dated:  Brooklyn, New York

      July 13, 2020

Respectfully submitted,

_____

Galina Feldsherova (GF-7882)
KOPELEVICH & FELDSHEROVA, P.C.
Attorneys for Plaintiff
241 37th St., Ste B439
Brooklyn, NY 11232
718-332-0577
gfeldsherova@kflawny.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 13, 2020 a copy of the foregoing **Notice of Dismissal of Claims With Prejudice Against** ARAGON ADVERTISING, LLC, CLEARLINK INSURANCE AGENCY, LUKA ARUTYUNYAN, HUMANA INC. and AETNA INC. was filed and served in accordance with the Federal Rules of Civil Procedure, the Eastern District's Local Rules, and the Eastern District's Rules on Electronic Service:

Galina Feldsherova (GF-7882)
KOPELEVICH & FELDSHEROVA, P.C.
Attorneys for Plaintiff
241 37th St., Ste B439
Brooklyn, NY 11232
718-332-0577
gfeldsherova@kflawny.com